

40 Broad Street, 7th Floor
New York, New York 10004
Telephone: (212) 943-9080

**Maura Moosnick**
Associate
mmoosnick@vandallp.com

August 22, 2023

<u>VIA ECF</u>

Hon. Katherine Polk Failla
United States District Court
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

      **RE:**   *Trs. of the New York City District Council of Carpenters Pension Fund, et al. v. Tatco Installations, Inc.*, Case No. 22 CV 7753 (KPF)

Dear Judge Failla:

      This firm represents the Plaintiffs (or "Funds") in the above referenced matter. We write jointly with counsel for Defendant Tatco Installations, Inc. ("Tatco") to request a 30-day extension of the August 26, 2023 deadline to file a stipulation of dismissal and/or move to reopen this case. This is the first such request for an extension of this deadline.

      As we previously advised the Court, the parties have reached a settlement in principal pending formal approval by the Trustees at their August 24, 2023 meeting, after which the parties will need time to finalize and consummate a written form of settlement. This is impracticable to achieve in just one business day; moreover, undersigned counsel will be unavailable from August 27, 2023 through September 6, 2023. We therefore respectfully request an extension of time through September 25, 2023 to file a stipulation of dismissal or move to reopen this case. We thank the Court for its time and attention to this matter.

      Respectfully submitted,

<u>/s/Maura Moosnick</u>
Maura S. Moosnick, Esq.
*Attorney for Plaintiffs*

<u>s/Arthur Muller</u>
Arthur J. Muller, Esq.
*Attorney for Defendant*

```
Application GRANTED.


Dated:    August 23, 2023
          New York, New York
```

SO ORDERED.

*(signature)*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE